UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omid Behjou, on behalf of himself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, a Delaware Corporation doing business in California; BANK OF AMERICA, NATIONAL ASSOCIATION, a national association bank doing business in California,<br><br>Defendants. | CASE NO. 3:09-CV-02128-EDL<br><br>**[PROPOSED] ORDER APPROVING PRIVATE MEDIATION AND STAYING CASE PENDING MEDIATION**<br><br>Complaint Filed: May 14, 2009 |

Case No. 3:09-CV-02128-EDL

LEGAL_US_E # 83977322.2

[PROPOSED] ORDER APPROVING
PRIVATE MEDIATION AND STAYING
CASE PENDING MEDIATION

# [PROPOSED] ORDER

On the stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Court approves the Parties joint agreement to proceed with private mediation on July 8, 2009 (subject to their acceptance of the mediator's proposal).

2. If the Parties accept the mediator's proposal and return to mediation on July 8, 2009:

    (a) the Defendant's responsive pleading is due August 3, 2009;

    (b) the Parties will not engage in any discovery or motion practice until August 3, 2009 (including not propounding discovery before August 3, 2009, that would be due after August 3, 2009); and

    (c) the matter is stayed until August 3, 2009, if the Parties do not resolve the matter at mediation.

3. Alternatively, if the Parties do not accept the mediator's proposal and do not return to mediation on July 8, 2009:

    (a) the Defendant's responsive pleading is due July 17, 2009;

1          (b)    the Parties will not engage in any discovery or motion practice until July 17, 2009 (including not propounding discovery before July 17, 2009, that would be due after July 17, 2009); and

        (c)    the matter is stayed until July 17, 2009.

DATED:   June 15  , 2009

IT IS SO ORDERED

*Elizabeth D. Laporte*

Honorable Elizabeth D. Laporte
United States Magistrate Judge

Respectfully submitted by:

DATED: June 9, 2009

STEPHEN P. SONNENBERG
MARIA A. AUDERO
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Maria A. Audero
        MARIA A. AUDERO

Attorneys for Defendants
Bank of America Corporation and
Bank of America, N.A.

Case No. 3:09-CV-02128-EDL

-3-

LEGAL_US_E
# 83977222.2

[PROPOSED] ORDER APPROVING PRIVATE MEDIATION AND STAYING CASE PENDING MEDIATION