1  STEPHEN P. SONNENBERG (CA SB# 164881; NY SB# 4431540)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
2  stephensonnenberg@paulhastings.com
   75 East 55th Street
3  New York, NY 10022-3205
   Telephone: (212) 318-6000
4  Facsimile: (212) 319-4090

5  MARIA A. AUDERO (SB# 210141)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
6  mariaaudero@paulhastings.com
   515 South Flower Street
7  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
8  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
9

10 Attorneys for Defendants
   BANK OF AMERICA CORPORATION AND
11 BANK OF AMERICA, N.A.

12

13 *(Counsel for Plaintiff listed on the next page)*

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16

17
   | Omid Behjou, on behalf of himself, all others similarly situated, the general public and as an "aggrieved employee" under the California Labor Code Private Attorneys General Act, | CASE NO. 3:09-CV-02128-EDL |
   |---|---|
   | Plaintiff, | [PROPOSED] ORDER DISMISSING THE ACTION PARTLY WITH PREJUDICE AND PARTLY WITHOUT PREJUDICE |
   | vs. | |
   | BANK OF AMERICA CORPORATION, a Delaware Corporation doing business in California; BANK OF AMERICA, NATIONAL ASSOCIATION, a national association bank doing business in California, | Complaint Filed: May 14, 2009 |
   | Defendants. | |

| | |
|---|---|
| 1 | MARK R. THIERMAN (CA SB# 72913)<br>THIERMAN LAW FIRM, P.C. |
| 2 | 7287 Lakeside Drive<br>Reno, Nevada 89511 |
| 3 | Telephone: (775) 284-1500 |
| 4 | SCOTT A. MILLER, ESQ. (SB# 230322)<br>LAW OFFICE OF SCOTT A. MILLER |
| 5 | A Professional Corporation<br>16133 Ventura Blvd. Suite 1200 |
| 6 | Encino, CA 91436<br>Telephone: (818) 788-8081 |
| 7 | |
| 8 | STEVEN L. MILLER, ESQ. (SB# 106023)<br>LAW OFFICE OF STEVEN L. MILLER |
| 9 | A Professional Corporation<br>16133 Ventura Blvd. Suite 1200 |
| 10 | Encino, CA 91436<br>Telephone: (818) 986-8900 |
| 11 | |
| 12 | Attorneys for Plaintiff<br>OMID BEHJOU |

Case No. 3:09-CV-02128-EDL
LEGAL_US_E # 90232538.3

-1-

[PROPOSED] ORDER DISMISSING THE ACTION
PART WITH PREJ AND PART WITHOUT PREJ

1     Plaintiff Omid Behjou and Defendants Bank of America Corporation and Bank of America, N.A. submitted a Joint Stipulation Dismissing the Action Partly With Prejudice And Partly Without Prejudice ("Joint Stipulation") on November 12, 2010. After having read and considered the Joint Stipulation,

    IT IS HEREBY ORDERED that:

    This matter, entitled *Omid Behjou v. Bank of America Corporation and Bank of America, National Association*, Case No. 3:09-CV-02128-EDL, be dismissed in its entirety partly with prejudice and partly without prejudice, subject to the limitations included in paragraphs 52(b) and 52(c) of the Joint Stipulation of Settlement and Release.

    Paragraph 52(b) of the Joint Stipulation of Settlement and Release provides in pertinent part:

    This release does not preclude Class Representatives from participating as a class member, but not as a class representative or individual named plaintiff, in existing or future action against Class Representative's Released Parties seeking to recover under ERISA stock drop theories.

    Paragraph 52(c) of the Joint Stipulation of Settlement and Release provides as follows:

    Notwithstanding the foregoing, Plaintiff Behjou does not release the following claims: (i) any claims for short- and long-term disability benefits that may be due under his employer sponsored disability plans, whether or not those benefits are payable through insurance maintained by those plans; (ii) any claims he may have as a non-employee, including but not limited to as a customer of

1  Defendants and their subsidiaries, such as Plaintiff's currently existing home
2  mortgage loan, home loan modification, home loan borrower protections, and/or
3  his personal bank accounts, line of credit, and credit cards; (iii) any claims related
4  to any rights he may have to his 401(k), retirement, and/or other pension benefits
5  (such as his vesting, ownership, title, and rights to possession), other insurance
6  issues including life and/or health insurance, including COBRA; (iv) and any
7  claims that might be coming into existence in the future.  Plaintiff does not
8  prejudice any contention he has in his disability dispute concerning the Bank's
9  obligations to pay him compensation, including without limitation the funding of
10 any ERISA plan or any other ERISA benefits, during the period of his disability.

12 DATED:  __November 16__, 2010

Honorable Charles R. Breyer
United States

**IT IS SO ORDERED**
Judge Charles R. Breyer

18 Respectfully submitted,

19 DATED: November 12, 2010    STEPHEN P. SONNENBERG
                               MARIA A. AUDERO
20                             PAUL, HASTINGS, JANOFSKY & WALKER LLP

22                             By: /s Maria A. Audero
23                                 MARIA A. AUDERO

24                             Attorneys for Defendants
                               Bank of America Corporation and
25                             Bank of America, N.A.

---

Case No. 3:09-CV-02128-EDL        -3-        [PROPOSED] ORDER DISMISSING THE ACTION
LEGAL_US_E # 90232538.3                       PART WITH PREJ AND PART WITHOUT PREJ

| | | |
|---|---|---|
| 1 | DATED: November 12, 2010 | STEVEN L. MILLER<br>LAW OFFICES OF STEVEN L. MILLER |
| 2 | | |
| 3 | | |
| 4 | | By: /s Steven L. Miller<br>        STEVEN L. MILLER |
| 5 | | Attorneys for Plaintiff<br>Omid Behjou |